

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-95,415-01

**EX PARTE RYAN ANDREW FREEMAN, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. CR-16-0100086 IN THE 198TH DISTRICT COURT
## FROM BANDERA COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of two counts of possession of a controlled substance in a drug free zone and sentenced to ten years' imprisonment for each count. Both the sentences were ordered to run consecutively to a forgery conviction and count two was also ordered to be served consecutively to count one. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On November 29, 2023, the trial court entered agreed findings of fact stating that the plea agreement between the parties was that these sentences were to run concurrently with each other, but consecutively to a forgery conviction (Bandera County cause number CR 16-012). The nunc pro tunc judgment on count two, filed on June 28, 2021, incorrectly states that count two is to run

consecutively to count one.  The trial court finds, and all parties agree, that is not an accurate reflection of the plea bargain in this case.

Relief is granted.  The judgments in cause number CR-16-086 in the 198th District Court of Bandera County are reformed to reflect that the sentences for counts one and two are to run concurrently with each other and consecutively to Bandera County cause number CR-16-012, a forgery conviction with a two year sentence that was imposed on June 9, 2021.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Filed: March 13, 2024
Do not publish